OCTOBER 1, 2001

No. 00–1649. COUNTY OF HUMBOLDT ET AL. *v.* HEADWATERS FOREST DEFENSE ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Saucier* v. *Katz*, 533 U. S. 194 (2001).

No. 00–1875. TIME WARNER ENTERTAINMENT CO. ET AL. *v.* SIX FLAGS OVER GEORGIA ET AL. Ct. App. Ga. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooper Industries, Inc.* v. *Leatherman Tool Group, Inc.*, 532 U. S. 424 (2001).

No. 00–9044. JACKSON *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the Acting Commissioner of Social Security filed June 20, 2001.

No. 00–9762. PETERSON *v.* GULF CORRECTIONAL INSTITUTE. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–9763. PETERSON *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Motion of petitioner for leave to proceed *in forma pau-*

*peris* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–9901. FORDJOUR *v.* COHEN ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–10565. HAMILTON *v.* GARCIA, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–10716. MCREYNOLDS *v.* BRODERICK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–10747. CHURCH *v.* VIRGINIA. Sup. Ct. Va. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–10885. HARVEY *v.* HAHN, WARDEN. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–10891. FORDJOUR *v.* GMAC MORTGAGE CORP. ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–5073. CAMARENA *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–5136. PETERSON *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–5163. THOMAS *v.* KING, WARDEN, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.